UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*******************************

GARY DOWNS,

    Plaintiff,

    v.                                    Civil Action No. 5:06-CV-396
                                                (FJS/TWD)

UNITED STATES OF AMERICA,

    Defendant.

*******************************

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-captioned civil proceeding, that the above-captioned proceeding shall be dismissed with prejudice and without costs, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: April 18, 2012

                                                    *Beverly A. Michaels*
                                                    Beverly A. Michaels, Esq.
                                                    Michaels, Michaels Law Firm
                                                    109 South Warren Street
                                                    902 State Tower Building
                                                    Syracuse, New York 13202

Dated: April 19, 2012

                                                    RICHARD S. HARTUNIAN
                                                    United States Attorney
                                                    Northern District of New York
                                                    100 South Clinton Street
                                                    Syracuse, New York 13261-7198

                                  By: *William F. Larkin*
                                                    William F. Larkin
                                                    Assistant U. S. Attorney
                                                    Bar Roll No. 102013

**GARY DOWNS**
**Stipulation/Order**
**Page 2**

**SO ORDERED:**

_____
Hon. Frederick J. Scullin, Jr.
Senior United States District Judge

DATED: _April 20_, 2012
Syracuse, New York