UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

GARY DOWNS,

    Plaintiff,

    v.                                  Civil Action No. 5:06-CV-396
                                          (FJS/TWD)

UNITED STATES OF AMERICA,

    Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-captioned civil proceeding, that the above-captioned proceeding shall be dismissed with prejudice and without costs, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: April 16, 2012

*Beverly A. Michaels*
Beverly A. Michaels, Esq.
Michaels, Michaels Law Firm
109 South Warren Street
902 State Tower Building
Syracuse, New York 13202

Dated: April 19, 2012

RICHARD S. HARTUNIAN
United States Attorney
Northern District of New York
100 South Clinton Street
Syracuse, New York 13261-7198

By: *William F. Larkin*
William F. Larkin
Assistant U. S. Attorney
Bar Roll No. 102013

**GARY DOWNS**
**Stipulation/Order**
**Page 2**

**SO ORDERED:**

_____
Hon. Frederick J. Scullin, Jr.
Senior United States District Judge

DATED: _April 20_, 2012
Syracuse, New York